In the Matter of DUNBAR & SULLIVAN DREDGING COMPANY, Respondent, against FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.

(Argued October 4, 1935; decided October 22, 1935.)

*P. C. Dugan* for appellant.

*George H. Rothlauf* for respondent.

Orders affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.